Kevin S. **JACKSON, Petitioner–Appellant,**

v.

**CIRCUIT COURT FOR HOWARD COUNTY, Respondent–Appellee.**

No. 13–8053.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Kevin S. Jackson, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Jackson appeals the district court's order denying his request for mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Cir. Ct. of Howard Cnty.,* No. 1:13–cv–03219–RDB (D.Md. Nov. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*